UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| **NEW CENTURY PROPERTIES, ET AL.** | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | |
| **ERIE INSURANCE GROUP,** | CASE NO: 18-1031-STA-egb |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered on November 29, 2018, this cause is hereby DISMISSED without prejudice.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 11/29/2018

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk